```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                         )     CASE NO: 05-61919-399
                               )
BEVERLY LOUISE COOLEY          )
                               )     CHAPTER 13
                               )
                               )
              DEBTOR(S)        )


               LIST OF UNCLAIMED FUNDS AND ENTITIES
                  WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
MDHE
330 STUART ST                       $            17.93
C/O ASA
BOSTON MA
539367              02216


                              /s/ John V. LaBarge, Jr.
                              ------------------------------------
DATE: September 30, 2010      JOHN V. LABARGE, JR.,
                              CHAPTER 13 TRUSTEE
                              P.O. Box 430908
                              St. Louis, MO 63143
BG -091                       (314) 781-8100   trust33@ch13stl.com
```